THE LAW OFFICES OF JACOB ARONAUER
Jacob Aronauer (JA: 9184)
225 Broadway, Suite 307
New York, New York 10007
Telephone: (212) 323-6980

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 22 2017  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NESTOR BALAREZO, on behalf of
himself and others similarly situated,

                                        Plaintiff,

   -against-

PARTS AUTHORITY INC. d/b/a PARTS
AUTHORITY, THE JORDAN COMPANY
GP, LLC d/b/a THE JORDAN COMPANY
and RANDY BULLER, YARON ROSENTHAL,
STEVEN YANOFSKY and DAVID
WOTMAN, individually,

                                        Defendants.
------------------------------------------------------------------------X

STIPULATION OF
VOLUNTARY
DISMISSAL PURSUANT
TO F.R.C.P. 41(A)(1)(A)(i)

17-cv-02212 (ADS) (AKT)

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nestor Balarezo and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants and without costs to either si

Date: June 21, 2017
      New York, New York

THE LAW OFFICES OF JACOB ARONAUER

By: _____
Jacob Aronauer (JA: 9184)
225 Broadway, Suite 307
New York, NY 10007
Telephone:   (212) 323-6980
jaronauer@aronauerlaw.com
*Attorney for Plaintiff*

Request granted in part and denied in part. This case is voluntarily dismissed, *without prejudice*.

s/ Arthur D. Spatt
_____   6/24/17
Arthur D. Spatt, U.S.D.J.       Date